IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FAH LIQUIDATING CORP. (f/k/a FISKER AUTOMOTIVE HOLDINGS, INC.), *et al.*,[1] | ) Case No. 13-13087 (KG) ) ) (Jointly Administered) |
| Debtors. | ) **Re: Docket No. 1249** ) |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (AMENDED AND SUPERSEDED CLAIMS, WRONG DEBTOR CLAIM, DUPLICATE CLAIMS, LATE FILED CLAIMS, AND EQUITY CLAIMS) (NON-SUBSTANTIVE) WITH RESPECT TO CLAIM NO. 572 OF TYCO ELECTRONICS CORPORATION, CLAIM NO. 665 OF HEMPSTED AUTO COMPANY, AND CLAIM NO. 675 OF CITRIX ONLINE LLC ONLY**

Emerald Capital Advisors Corp., the liquidating trustee (the "Liquidating Trustee") for the FAH Liquidating Trust, hereby withdraws the **Fifth Omnibus Objection to Certain Proofs of Claim (Amended and Superseded Claims, Wrong Debtor Claims, Duplicate Claims, Late Filed Claims, and Equity Claims) (Non-Substantive)** [Docket No. 1249] (the "Objection") only with respect to Claim No. 572 of Tyco Electronics Corporation, Claim No. 665 of Hempsted Auto Company, and Claim No. 675 of Citrix Online LLC (the "Claims"). The Liquidating Trustee hereby reserves any and all rights to object to the Claims on a substantive basis or on a non-substantive basis different than that set forth in the Objection.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are Fisker Automotive Holdings, Inc. (9678) and Fisker Automotive, Inc. (9075). The service address for the Debtors is 3080 Airway Avenue, Costa Mesa, California 92626.

637550.1 11/24/2014

Dated: November 24, 2014

**SAUL EWING LLP**

*/s/ Mark Minuti*

Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

-and-

BROWN RUDNICK LLP
William R. Baldiga
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sunni. P. Beville
Nicolas M. Dunn
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Liquidating Trustee*