IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FAH LIQUIDATING CORP. (f/k/a FISKER AUTOMOTIVE HOLDINGS, INC.), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-13087 (KG)<br><br>Jointly Administered<br>**Re: Docket No. 1356 and 1357** |

## NOTICE OF APPEAL

Brown Rudnick LLP, Emerald Capital Advisors Corp., and Saul Ewing LLP, professionals retained by the Official Committee of Unsecured Creditors appointed in the above-captioned proceedings of FAH Liquidating Corp. (f/k/a Fisker Automotive Holdings, Inc.), *et al.* (collectively, the "Committee Professionals"), hereby appeal under 28 U.S.C. § 158(a) from the Court's Opinion [D.I. 1356] and Order [D.I. 1357] entered on January 21, 2015.[1]

The names of all parties to the Opinion and Order, and the names, addresses, and telephone numbers of their respective counsel, are as follows:

| Party | Counsel |
|---|---|
| Committee Professionals | Mark Minuti<br>**SAUL EWING LLP**<br>222 Delaware Avenue, Suite 1200<br>Wilmington, Delaware 19899<br>(302) 421-6840<br><br>William R. Baldiga<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800 |

---

[1] A copy of the Decision is attached hereto as **Exhibit A**.

| | |
|---|---|
| Committee Professionals (*continued*) | Sunni P. Beville<br>Nicolas M. Dunn<br>Brian T. Rice<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200 |
| Hybrid Tech Holdings, LLC | Richard A. Barkasy<br>Fred W. Hoensch<br>**SCHNADER HARRISON SEGAL & LEWIS LLP**<br>824 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 888-4554<br><br>Tobias S. Keller<br>Peter J. Benvenutti<br>**KELLER & BENVENUTTI LLP**<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>(650) 636-9251<br><br>Susheel Kirpalani<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 |
| United States Trustee | Mark S. Kenney<br>Timothy J. Fox, Jr.<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>(302) 573-6491 |

639104.1 02/02/2015

Dated: February 2, 2015

**SAUL EWING LLP**

_____
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

- and -

**BROWN RUDNICK LLP**
William R. Baldiga (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Sunni P. Beville (admitted *pro hac vice*)
Nicolas M. Dunn (admitted *pro hac vice*)
Brian T. Rice (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201